IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE<br><br>CLAUDE P. PRAYTOR<br>   DEBTOR(S)<br><br>WELLS FARGO BANK, N.A.<br>   MOVANT<br><br>VS.<br><br>CLAUDE P. PRAYTOR, DEBTOR(S)<br>ANNETTE NANCE PRAYTOR, CO-DEBTOR(S)<br>   RESPONDENT(S) | CASE NO. 14-16928-TJC<br>CHAPTER 13 |

## LINE WITHDRAWING AMENDED CLAIM

Wells Fargo Bank, N.A., a secured creditor, by its attorney, Brian McNair, hereby withdraws its Amended Claim (Claim #12-2).

/s/ Brian McNair

Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
bankruptcy@albalawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2016, a copy of the foregoing Line Withdrawing Amended Claim has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Claude Praytor
8913 Edison Lane
Clinton, MD 20735

Annette Nance Praytor
8913 Edison Lane
Clinton, MD 20735

Tommy Andrews, Jr.
122 N. Alfred Street
Alexandria, VA 22314
tandrews@andrewslaw.net

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com

/s/ Brian McNair
Brian McNair
bankruptcy@albalawgroup.com